In re Estate of Eli Herman, Deceased.
Marie Schauer, Appellee, v. Mollie Purze, Administratrix of Estate of Eli Herman, Deceased, Appellant.

Gen. No. 45,185.

Krinsky, Levitan & Glassner, for appellant; H. L. Brody and Philip A. Shapiro, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed January 23, 1951; rehearing denied March 27, 1951; released for publication March 28, 1951.

Ben Roin, Trading as Active Tire and Radio Company, Appellee, v. John Lewis, Appellant.

Gen. No. 45,297.

Arthur S. Gomberg, for. appellant; Samuel Nineberg, of counsel; Rappaport, Clorfene & Rappaport, for appellee; Philip E. Gale, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed March 7, 1951; released for publication April 6, 1951.

Annie Fitzgerald, Appellant, v. Jack Reville, Appellee. Gen. No. 45,349.

Richard E. Keogh and Percival Thompson, for appellant; Hinshaw & Culbertson, for appellee; Oswell G. Treadway, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed March 7, 1951; released for publication April 6, 1951.

Thomas Fitzgibbons, Appellant, v. Allen Rue, Appellee. Gen. No. 9,718.

712